# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK STRICKLER,<br><br>             Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>             Defendant. | Case No. SA CV 14-1936 MRW<br><br>JUDGMENT |

It is the judgment of this Court that the decision of the Administrative Law Judge is VACATED, and the matter is REMANDED to the Social Security Administration for the calculation and award of benefits as required by the Court's Order.

Date: July 13, 2015

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE